UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/18

SOLUS ALTERNATIVE ASSET
MANAGEMENT LP,

    Plaintiff,

-against-

GSO CAPITAL PARTNERS L.P., HOVNANIAN
ENTERPRISES, INC., K. HOVNANIAN
ENTERPRISES, INC., K. HOVNANIAN AT
SUNRISE TRAIL III, LLC, ARA K.
HOVNANIAN, and J. LARRY SORSBY,

    Defendants.

No. 18 Civ. 232 (LTS) (BCM)

JOINT STIPULATION AND
[PROPOSED] ORDER EXTENDING
BRIEFING SCHEDULE FOR
DEFENDANTS' MOTIONS TO
DISMISS THE AMENDED
COMPLAINT

WHEREAS on February 5, 2018, the Court entered an Order (ECF No. 76) directing Defendants to file their motions to dismiss the Amended Complaint on or before March 2, 2018; Plaintiff to file its opposition no later than March 16, 2018; and Defendants to file any replies no later than March 30, 2018;

WHEREAS the parties have conferred and agreed to an extension of time for Plaintiff to file its opposition and Defendants to file their replies;

NOW, THEREFORE, the parties hereby stipulate and agree that Plaintiff shall have up to and including **March 30, 2018,** to file its opposition to Defendants' motions to dismiss the Amended Complaint; and Defendants shall have up to and including **April 23, 2018,** to file their replies.

Dated: New York, New York
March 7, 2018

| | | |
|---|---|---|
| Jonathan E. Pickhardt | Lynn K. Neuner | Eric Seiler |
| Daniel P. Cunningham | Craig S. Waldman | Philippe Adler |
| Andrew S. Corkhill | Michael J. Osnato | Anne E. Beaumont |
| Ellison Ward Merkel | SIMPSON THACHER & | Mala A. Harker |
| QUINN EMANUEL | BARTLETT LLP | FRIEDMAN KAPLAN |
| URQUHART & | 425 Lexington Ave. | SEILER & ADELMAN |
| SULLIVAN, LLP | New York, NY 10017 | LLP |
| 51 Madison Ave., 22nd Fl. | | 7 Times Square |
| New York, NY 10010 | *Attorneys for Defendants Hovnanian Enterprises, Inc., K. Hovnanian Enterprises, Inc., K. Hovnanian at Sunrise Trail III, LLC, Ara Hovnanian, and J. Larry Sorsby* | New York, NY 10036 |
| *Attorneys for Plaintiff Solus Alternative Asset Management, LP* | | *Attorneys for Defendant GSO Capital Partners LP* |

**SO ORDERED.**
Dated: New York, New York
March 8, 2018

BARBARA MOSES
United States Magistrate Judge