**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-22-2018

---

SOLUS ALTERNATIVE ASSET
MANAGEMENT LP,

      Plaintiff,

-against-

GSO CAPITAL PARTNERS L.P., HOVNANIAN
ENTERPRISES, INC., K. HOVNANIAN
ENTERPRISES, INC., K. HOVNANIAN AT
SUNRISE TRAIL III, LLC, ARA K.
HOVNANIAN, and J. LARRY SORSBY,

      Defendants.

No. 18 Civ. 232 (LTS) (BCM)

**JOINT STIPULATION AND [PROPOSED] ORDER ADDRESSING PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT**

---

    WHEREAS on March 2, 2018, Defendants filed two twenty-five page memoranda of law in support of their motions to dismiss the Amended Complaint (ECF Nos. 91, 94);

    WHEREAS Plaintiff's opposition is due no later than March 30, 2018; and Defendants' replies are due no later than April 23, 2018 (ECF No. 96);

    WHEREAS the parties have conferred and agreed to a change to the default conventions for Plaintiff's memorandum in opposition to Defendants' motions to dismiss the Amended Complaint;

    NOW, THEREFORE, the parties hereby stipulate and agree that Plaintiff shall submit an omnibus memorandum of law in opposition to Defendants' motions to dismiss the Amended Complaint not to exceed **40 pages** in length; and Defendants shall file two separate reply memoranda, each not to exceed **10 pages** in length.

Dated: New York, New York
       March 20, 2018

| Jonathan E. Pickhardt | Lynn K. Neuner | Eric Seiler |
| Daniel P. Cunningham | Craig S. Waldman | Philippe Adler |
| Andrew S. Corkhill | Michael J. Osnato | Anne E. Beaumont |
| Ellison Ward Merkel | SIMPSON THACHER & | Mala A. Harker |
| QUINN EMANUEL | BARTLETT LLP | FRIEDMAN KAPLAN |
| URQUHART & | 425 Lexington Ave. | SEILER & ADELMAN |
| SULLIVAN, LLP | New York, NY 10017 | LLP |
| 51 Madison Ave., 22nd Fl. | | 7 Times Square |
| New York, NY 10010 | *Attorneys for Defendants Hovnanian Enterprises, Inc., K. Hovnanian Enterprises, Inc., K. Hovnanian at Sunrise Trail III, LLC, Ara Hovnanian, and J. Larry Sorsby* | New York, NY 10036 |
| *Attorneys for Plaintiff Solus Alternative Asset Management, LP* | | *Attorneys for Defendant GSO Capital Partners LP* |

**SO ORDERED.**
Dated: New York, New York
       March 22, 2018

_____
**LAURA TAYLOR SWAIN
United States District Judge**