# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

_____

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-2696

E-mail Address
lneuner@stblaw.com

By ECF                                              April 24, 2018

Re:    *Solus Alternative Asset Management LP v. GSO Capital
       Partners LP et al.*, **18 Civ. 232 (LTS) (BCM)**

The Honorable Laura Taylor Swain
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Swain:

On behalf of the parties in the above-captioned action, enclosed please find a joint stipulation executed by the parties addressing treatment of the pending Motions to Dismiss the Amended Complaint (ECF Nos. 90-91, 93-94). The parties do not seek to have this stipulation "so ordered" by the Court.

Respectfully submitted,

s/ Lynn K. Neuner
_____
Lynn K. Neuner
Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

*Attorneys for Hovnanian Enterprises, Inc.,
K. Hovnanian Enterprises, Inc., K.
Hovnanian at Sunrise Trail III, LLC, Ara K.
Hovnanian and J. Larry Sorsby*

Enclosures
cc:  All Counsel of Record (*by email*)