UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLUS ALTERNATIVE ASSET MANAGEMENT LP,<br><br>       Plaintiff,<br><br>   v.<br><br>GSO CAPITAL PARTNERS LP, HOVNANIAN ENTERPRISES, INC., K. HOVNANIAN ENTERPRISES, INC., K. HOVNANIAN AT SUNRISE TRAIL III, LLC, ARA K. HOVNANIAN, and J. LARRY SORSBY,<br><br>       Defendants. | No. 18 Civ. 232 (LTS) (BCM)<br><br>**JOINT STIPULATION ADDRESSING TREATMENT OF MOTIONS TO DISMISS** |

  WHEREAS Plaintiff filed an Amended Complaint on February 1, 2018 (ECF No. 75);

  WHEREAS Defendants filed Motions to Dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) on March 2, 2018 (ECF Nos. 90-91, 93-94);

  WHEREAS Plaintiff filed an Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Amended Complaint on March 30, 2018 (ECF No. 98);

  WHEREAS Defendants will file reply briefs in further support of the Motions to Dismiss on April 23, 2018;

  WHEREAS portions of the parties' briefing on the Motions to Dismiss reference sources other than the Amended Complaint, including the Court's Memorandum Opinion and Order denying Plaintiff's motion for a preliminary injunction (ECF No. 69), as well as additional materials submitted in connection with the January 25, 2018 preliminary injunction hearing; and

WHEREAS the parties have conferred and agreed to stipulate that, although the parties refer in the Motions to Dismiss briefing to materials other than the Amended Complaint, none of them seeks nor would any of them consent to the treatment of the Motions to Dismiss as motions for summary judgment, *see* Fed. R. Civ. P. 12(d);

NOW, THEREFORE, the parties hereby stipulate that they do not seek nor would any of them consent to the treatment of the Motions to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) as motions for summary judgment through the operation of Federal Rule of Civil Procedure 12(d).

Dated: New York, New York
April 23, 2018

| | | |
|---|---|---|
| Jonathan E. Pickhardt | Lynn K. Neuner | Eric Seiler |
| Daniel P. Cunningham | Craig S. Waldman | Philippe Adler |
| Andrew S. Corkhill | Michael J. Osnato | Anne E. Beaumont |
| Ellison Ward Merkel | SIMPSON THACHER & | Mala A. Harker |
| QUINN EMANUEL | BARTLETT LLP | FRIEDMAN KAPLAN |
| URQUHART & SULLIVAN, LLP | 425 Lexington Ave. | SEILER & ADELMAN LLP |
| 51 Madison Ave., 22nd Fl. | New York, NY 10017 | 7 Times Square |
| New York, NY 10010 | | New York, NY 10036 |
| | *Attorneys for Defendants Hovnanian Enterprises, Inc., K. Hovnanian Enterprises, Inc., K. Hovnanian at Sunrise Trail III, LLC, Ara Hovnanian, and J. Larry Sorsby* | *Attorneys for Defendant GSO Capital Partners LP* |
| *Attorneys for Plaintiff Solus Alternative Asset Management, LP* | | |

WHEREAS the parties have conferred and agreed to stipulate that, although the parties refer in the Motions to Dismiss briefing to materials other than the Amended Complaint, none of them seeks nor would any of them consent to the treatment of the Motions to Dismiss as motions for summary judgment, *see* Fed. R. Civ. P. 12(d);

NOW, THEREFORE, the parties hereby stipulate that they do not seek nor would any of them consent to the treatment of the Motions to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) as motions for summary judgment through the operation of Federal Rule of Civil Procedure 12(d).

Dated: New York, New York
April 23, 2018

| Jonathan E. Pickhardt | Lynn K. Neuner | Eric Seiler |
|---|---|---|
| Daniel P. Cunningham | Craig S. Waldman | Philippe Adler |
| Andrew S. Corkhill | Michael J. Osnato | Anne E. Beaumont |
| Ellison Ward Merkel | SIMPSON THACHER & | Mala A. Harker |
| QUINN EMANUEL | BARTLETT LLP | FRIEDMAN KAPLAN |
| URQUHART & SULLIVAN, LLP | 425 Lexington Ave. | SEILER & ADELMAN LLP |
| 51 Madison Ave., 22nd Fl. | New York, NY 10017 | 7 Times Square |
| New York, NY 10010 | | New York, NY 10036 |
| | *Attorneys for Defendants Hovnanian Enterprises, Inc.,* | |
| *Attorneys for Plaintiff Solus Alternative Asset Management, LP* | *K. Hovnanian Enterprises, Inc., K. Hovnanian at Sunrise Trail III, LLC, Ara Hovnanian, and J. Larry Sorsby* | *Attorneys for Defendant GSO Capital Partners LP* |